Appeals of the State of Kentucky denied. *Mr. Benjamin D. Warfield* for petitioner. *Messrs. Alex. P. Humphrey, Edward P. Humphrey, Charles W. Milner, William A. W. Stewart,* and *George L. Shearer* for respondents.

---

No. 704. ARTHUR H. LAMBORN ET AL., SURVIVING PARTNERS DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF LAMBORN AND COMPANY *v.* STEAMSHIP TEXAS MARU, KOKUSAI KISEN KABUSHIKI KAISHA. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis O. Van Doran* for petitioners. *Mr. George C. Sprague* for respondent.

---

No. 718. DOROTHY LEE *v.* UNITED STATES. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frank J. Hennessy* and *Marshall B. Woodworth* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 740. JOHN L. HICKS *v.* UNITED STATES. December 6, 1926. Motion for leave to proceed further *in forma pauperis* is denied for the reason that the court, upon inspection of the record as herein submitted, finds that there is no ground for certiorari to the Circuit Court of Appeals, application for which is hereby also denied. The costs already incurred herein by direction of the court shall be paid by the clerk from the special fund in his custody as provided in the order of October 29, 1926. *Mr. John L. Hicks, pro se,* for petitioner. No appearance for the United States.